Document      Page 1 of 11

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SERNA, MITCHELL STANLEY | § | Case No. 11-32810 |
| SERNA, LORI ANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/LARRY MICHAEL STILES_____
              Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

USBA Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No:     11-32810     JCW     Judge: J. CRAIG WHITLEY  
Case Name:   SERNA, MITCHELL STANLEY  
             SERNA, LORI ANN  
For Period Ending: 01/14/14

Trustee Name:     LARRY MICHAEL STILES  
Date Filed (f) or Converted (c):     11/04/11 (f)  
341(a) Meeting Date:     12/07/11  
Claims Bar Date:     06/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | 0.66 | 0.66 | | 0.66 | FA |
| 2. REAL ESTATE | 260,000.00 | 0.00 | | 0.00 | 0.00 |
| Primary residence located at 8101 Acacia Ct., Waxhaw, NC 28173 | | | | | |
| No Equity; Motion for Relief from Stay granted October 18, 2013 | | | | | |
| 3. CASH | 27.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. CHECKING ACCOUNT WELLS FARGO | 300.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 5. SAVINGS ACCOUNT WELLS FARGO | 200.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. MONEY MARKET/CHECKING WELLS FARGO | 0.00 | 0.00 | | 0.00 | 0.00 |
| Signature authority only; Account Owner Brenda Messing (female debtor's parent); not property of estate. | | | | | |
| 7. SAVINGS/ CHECKING ACCOUNT -BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | 0.00 |
| Signature authority only; Account Owners Jose & Rosa Serna (male debtor's parents); not property of estate. | | | | | |
| 8. HOUSEHOLD GOODS | 3,350.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 9. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | 0.00 |
| Male Debtor | | | | | |
| Debtor Claimed Exemption | | | | | |
| 10. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | 0.00 |
| Female Debtor | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| Childrens' clothing | | | | | |
| Debtor Claimed Exemption | | | | | |
| 12. FURS & JEWELRY | 400.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 13. 2008 FORD EXPEDITION | 24,325.00 | 0.00 | | 0.00 | 0.00 |
| Eddie Bauer | | | | | |
| Debtor Claimed Exemption | | | | | |
| 14. 2006 FORD FUSION SE | 10,975.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 15. DOG | 5.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 16. CRAFTSMAN LAWNMOWER | 50.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 17. MISCELLANEOUS HAND AND YARD TOOLS | 50.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 18. TAX REFUND (u) | 9,357.65 | 9,357.65 | | 9,357.65 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

Case No: 11-32810    JCW    Judge: J. CRAIG WHITLEY    
Case Name: SERNA, MITCHELL STANLEY
SERNA, LORI ANN

Trustee Name: LARRY MICHAEL STILES
Date Filed (f) or Converted (c): 11/04/11 (f)
341(a) Meeting Date: 12/07/11
Claims Bar Date: 06/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2011 Federal Non-Exempt Tax Refund 19. TAX REFUND (u) 2011 State Non-Exempt Tax Refund | 2,502.00 | 2,502.00 | | 2,502.00 | FA |

TOTALS (Excluding Unknown Values)    $312,242.31    $11,860.31        $11,860.31

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/12    Current Projected Date of Final Report (TFR): 01/31/14

/s/    LARRY MICHAEL STILES
_____    Date: 01/14/14
LARRY MICHAEL STILES

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-32810 -JCW | | Trustee Name: | LARRY MICHAEL STILES |
| --- | --- | --- | --- | --- |
| Case Name: | SERNA, MITCHELL STANLEY | | Bank Name: | UNION BANK |
| | SERNA, LORI ANN | | Account Number: | *******5058 Checking - Non Interest |
| Taxpayer ID No: | *******5187 | | | |
| For Period Ending: | 01/14/14 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 10/26/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 11,860.31 | | 11,860.31 |
| 11/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | CHAPTER 7 BLANKET BOND LIBERTY MUTUAL INSURANCE COMPANY BOND # 016036312 TERM: 10/18/12 TO 10/18/13 | | 14.56 | 11,845.75 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | | 15.00 | 11,830.75 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | | 15.00 | 11,815.75 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | | 15.03 | 11,800.72 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | | 15.05 | 11,785.67 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | | 15.84 | 11,769.83 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | | 17.51 | 11,752.32 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | | 16.92 | 11,735.40 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | | 17.46 | 11,717.94 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | | 16.87 | 11,701.07 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | | 17.41 | 11,683.66 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | | 17.39 | 11,666.27 |
| 09/26/13 | 003002 | INTERNATIONAL SURETIES , LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | CHAPTER 7 BLANKET BOND LIBERTY MUTUAL INSURANCE CO. BOND # 016036312 TERM: 10/18/13 TO 10/18/14 | | 14.69 | 11,651.58 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | | 16.80 | 11,634.78 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | | 17.31 | 11,617.47 |
| 12/16/13 | 003003 | LARRY MICHAEL STILES, TRUSTEE 223 EAST BOULEVARD CHARLOTTE , NC 28203 | INTERIM TRUSTEE COMMISSION APPROVED PER COURT ORDER ENTERED 12-16-13 | | 1,936.03 | 9,681.44 |
| 12/16/13 | 003004 | LARRY M. STILES, CPA/CFF, DABFA, CIRA 223 EAST BOULEVARD CHARLOTTE, NC 28203 | ACCOUNTANT FOR THE TRUSTEE INTERIM ACCOUNTING FEES & EXPENSES APPROVED PER COURT ORDER ENTERED 12-16-13 | | 705.00 | 8,976.44 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | | 16.73 | 8,959.71 |

| Account *******5058 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| | 0 Deposits | 0.00 | | 4 Checks | 2,670.28 |
| | 0 Interest Postings | 0.00 | | 14 Adjustments Out | 230.32 |
| | Subtotal | $ 0.00 | | 0 Transfers Out | 0.00 |
| | 0 Adjustments In | 0.00 | | Total | $ 2,900.60 |
| | 1 Transfers In | 11,860.31 | | | |
| | Total | $ 11,860.31 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-32810 -JCW | Trustee Name: | LARRY MICHAEL STILES |
|---|---|---|---|
| Case Name: | SERNA, MITCHELL STANLEY | Bank Name: | BANK OF AMERICA |
|  | SERNA, LORI ANN | Account Number: | *******5733 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5187 |  |  |
| For Period Ending: | 01/14/14 | Blanket Bond (per case limit): $ | 0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
|  |  |  | BALANCE FORWARD |  |  | 0.00 |
| 03/27/12 |  | MITCHELL STANLEY SERNA<br>8101 ACACIA CT<br>WAXHAW, NC  28173-6877 | 2011 FEDERAL NON-EXEMPT TAX REFUND | 9,357.65 |  | 9,357.65 |
| 04/04/12 |  | MITCHELL STANLEY SERNA<br>8101 ACACIA CT<br>WAXHAW, NC  28173-6877 | 2011 STATE NONEXEMPT TAX REFUND | 2,502.00 |  | 11,859.65 |
| 04/30/12 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 0.09 |  | 11,859.74 |
| 05/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 0.10 |  | 11,859.84 |
| 06/29/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 0.09 |  | 11,859.93 |
| 07/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 0.10 |  | 11,860.03 |
| 08/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 0.10 |  | 11,860.13 |
| 09/28/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 0.09 |  | 11,860.22 |
| 10/26/12 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 0.09 |  | 11,860.31 |
| 10/26/12 |  | Trsf To UNION BANK | FINAL TRANSFER |  | 11,860.31 | 0.00 |

| Account *******5733 |   |    |   |   |   |
|---|---|---|---|---|---|
|  | Balance Forward | 0.00 | 0 Checks | 0.00 |
|  | 2 Deposits | 11,859.65 | 0 Adjustments Out | 0.00 |
|  | 7 Interest Postings | 0.66 | 1 Transfers Out | 11,860.31 |
|  | Subtotal | $ 11,860.31 | Total | $ 11,860.31 |
|  | 0 Adjustments In | 0.00 |  |  |
|  | 0 Transfers In | 0.00 |  |  |
|  | Total | $ 11,860.31 |  |  |

| Report Totals |   |    |   |   |
|---|---|---|---|---|
|  | Balance Forward | 0.00 | 4 Checks | 2,670.28 |
|  | 2 Deposits | 11,859.65 | 14 Adjustments Out | 230.32 |
|  | 7 Interest Postings | 0.66 | 1 Transfers Out | 11,860.31 |
|  | Subtotal | $ 11,860.31 | Total | $ 14,760.91 |
|  | 0 Adjustments In | 0.00 |  |  |
|  | 1 Transfers In | 11,860.31 |  |  |
|  | Total | $ 23,720.62 | Net Total Balance | $ 8,959.71 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTRY | | | | Date: January 14, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 11-32810 | | Claim Number Sequence | | | |
| Debtor Name: | SERNA, MITCHELL STANLEY | | | | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 010<br>C01 | LARRY MICHAEL STILES, TRUSTEE<br>223 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | Administrative<br>  Chapter 7 Trustee<br>  Interim Trustee Commission<br>  Approved per Court Order entered 12-16-13 | $1,936.03 | $1,936.03 | $0.00 |
| 010<br>C03 | LARRY M. STILES, CPA/CFF, DABFA, CIRA<br>223 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | Administrative<br>  Accountant for the Trustee<br>  Interim Accounting Fees & Expenses<br>  Approved per Court Order entered 12-16-13 | $705.00 | $705.00 | $0.00 |
| 010<br>W00 | UNION BANK<br>TRUSTEE SERVICES<br>P.O. BOX 513840<br>LOS ANGELES, CA 90051 | Administrative<br>  Bank Service Fees | $230.32 | $230.32 | $0.00 |
| 010<br>C03 | LARRY M. STILES, CPA/CFF, DABFA, CIRA<br>223 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | Administrative<br>  Accountant for the Trustee<br>  Final Accounting Fees & Expenses | $1,256.25 | $0.00 | $1,256.25 |
| 010<br>E01 | LARRY MICHAEL STILES, TRUSTEE<br>223 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | Administrative<br>  Chapter 7 Trustee<br>  Final Trustee Expenses | $115.00 | $0.00 | $115.00 |
| 000001<br>050<br>U01 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured<br>  (1-1) Account Number (last 4 digits):1286 | $2,480.21 | $0.00 | $2,480.21 |
| 000002<br>050<br>U01 | CAROLINAS MEDICAL CENTER<br>PO BOX 32861<br>CHARLOTTE, NC 28232-2861 | Unsecured<br>  (2-1) Account Number (last 4 digits):3513 | $3,689.11 | $0.00 | $3,689.11 |
| 000003<br>060<br>U06 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Unsecured<br>  (3-1) Account Number (last 4 digits):4855 | $1,658.19 | $0.00 | $1,658.19 |
| BOND<br>010<br>W19 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Administrative<br>  Chapter 7 Blanket Bond | $14.56 | $14.56 | $0.00 |
| BOND<br>010<br>W19 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative<br>  Chapter 7 Blanket Bond | $14.69 | $14.69 | $0.00 |
| | Case Totals: | | $12,099.36 | $2,900.60 | $9,198.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-32810
Case Name: SERNA, MITCHELL STANLEY
       SERNA, LORI ANN
Trustee Name: LARRY MICHAEL STILES

    Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LARRY MICHAEL STILES | $ | $ | $ |
| Trustee Expenses: LARRY MICHAEL STILES | $ | $ | $ |
| Accountant for Trustee Fees: LARRY M. STILES, CPA/CFF, DABFA, CIRA | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES , LTD | $ | $ | $ |
| Other: UNION BANK | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ | $ | $ |
| 000002 | CAROLINAS MEDICAL CENTER | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Capital One, N.A. | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE